IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:15MJ380 |
| | | 3:15MJ381 |
| SEALED DOCUMENT | : | 3:15MJ382 |
| | | 3:15MJ383 |
| | : | 3:15MJ384 |
| | | 3:15MJ385 |
| | | 3:15MJ386 |

ORDER UNSEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

IT IS HEREBY ORDERED that the Application, Search Warrant, Supporting Affidavit and Return filed herein and ordered sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: 5·3·16

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE